UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 18139
   JESSICA E JONES

                                       CHAPTER 13

                                       JUDGE: A. BENJAMIN GOLDGAR
       Debtor
SSN XXX-XX-0556

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/03/07 .

2. The case was dismissed without confirmation, 02/01/2008.

3. The Debtor paid a total of $   1100.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | SECURED | .00 | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | .00 | .00 | 1050.50 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |

    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1050.50 | .00 | .00 | .00 | 1050.50 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1050.50 | .00 | .00 | .00 | 1050.50 |

The Debtor's attorney, GARY N FOLEY                  , was allowed $   3500.00
and was paid $   1126.00   direct and $       .00  through the plan.

The Trustee received $      49.50 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/20/08                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

                              PAGE   2
    CASE NO. 07 B 18139 JESSICA E JONES